

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00810-CV

Scott **HARRISON**,
Appellant

v.

Barbara **CHRISTMAN**, Boerne Housing Authority, and Michael Lloyd,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 23-079
Honorable Kirsten Cohoon, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Appellees' October 20, 2023 Motion for Dismissal Due to Want of Prosecution and January 4, 2024 Supplement to Appellants' Motion for Dismissal Due to Want of Prosecution are DENIED AS MOOT. We ORDER that no costs be assessed against appellant in relation to this appeal because he is indigent.

SIGNED January 24, 2024.

_____
Beth Watkins, Justice